mits interest from the date of damage. Similarly, there is no dispute that the legal rate of interest in Iowa is five per cent. Accordingly, the judgment should be modified to include interest at the rate of five per cent from May 6, 1961. As so modified, the judgment will be affirmed.

Before JONES and THORNBERRY, Circuit Judges, and SLOAN, District Judge.

PER CURIAM:

The appellant was denied relief sought by a motion under 28 U.S.C.A. § 2255. The district court found no merit in the contentions made nor do we. The judgment of the district court is

Affirmed.

McArthur J. BROUILLETTE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 21969.

United States Court of Appeals
Fifth Circuit.

Nov. 30, 1965.

Keith A. NOE, Appellant,

v.

Frank A. EYMAN, Warden, Arizona State
Penitentiary, Appellee.

No. 19498.

United States Court of Appeals
Ninth Circuit.

Nov. 22, 1965.

McArthur J. Bouillette, Terre Haute, Ind., for appellant.

John C. Ciolino, Asst. U. S. Atty., Louis C. LaCour, U. S. Atty., New Orleans, La., for appellee.

Keith A. Noe, in pro. per.

Robert Pickrell, Atty. Gen. of Arizona, Phoenix, Ariz., for appellee.

Before MADDEN, Judge, Court of Claims, and JERTBERG and DUNIWAY, Circuit Judges.